**STANDARD FORM CONTRACT FOR ADOPTION OF AGREEMENT**

**INTERNATIONAL UNION OF OPERATING ENGINEERS**
**LOCAL UNION NO. 965**
**SPRINGFIELD, ILLINOIS**

THIS AGREEMENT, made and entered into this _19th_ day of _June_, 20_02_, by and between _Steves Trucking + Demolition_

and Local Union No. 965, International Union of Operating Engineers (AFL-CIO), shall be effective on all present and future work performed within Adams, Brown, Cass, Christian, DeWitt, Logan, Macon, Menard, Morgan, Piatt, Pike, Sangamon, Schuyler, Scott and Shelby Counties in Illinois, by the first mentioned party, and

WHEREAS, Local Union No. 965 has consummated Agreements through regular collective bargaining processes, covering work within the above named counties in Illinois. A copy of said Agreement is attached herewith and incorporated herein by reference, and the signatory parties desire to adopt the provisions of this Agreement.

THEREFORE, it is further understood and agreed by and between the parties hereto as follows:

(1) The parties hereto do hereby adopt all of the provisions and terms of the attached Agreement as the Agreement between the parties.

(2) The Employer agrees that, upon the Union's presentation of signed authorization of representation or other proof that it represents a majority of its employees in the bargaining unit described herein at any time during the term of this Agreement, the Employer will voluntarily recognize, in writing, the Union as the exclusive collective bargaining representative as set out in Section 9(a) of the Labor-Management Relations Act for such unit. Such recognition shall continue thereafter within the territorial jurisdiction of the Union, unless and until at the appropriate time such status is changed as a result of an N.L.R.B. election requested by the employees. The Employer further agrees that it will not request an N.L.R.B. election.

(3) The individual Employer signatory hereto agrees that it will be bound by all modifications, amendments, extensions, and renewals of this Agreement as well as any subsequent collective bargaining agreements unless the signatory Employer gives notice in writing by Certified Mail upon the Union between one hundred twenty (120) and one hundred fifty (150) days prior to the expiration of this or any subsequent Agreement of its intent not to be bound by the collective bargaining negotiations and agreements reached thereafter.

(4) The above-named firm agrees to cover employees working under the terms of this Agreement with (a) Workmen's Compensation Insurance, and (b) Illinois State Unemployment Insurance, as provided by the Unemployment Insurance Act.

IN WITNESS WHEREOF, the parties hereto have affixed their signatures which officially binds said parties under the provisions of this Agreement.

**EXHIBIT A**

- NOTES -

SIGNED this 19th day of June 2007

at Decatur, IL
   (City)   (State)

Steves Trucking + Demolition
(Name of Company)

4621 Fitzgerald St.
(Street Address)

Decatur, IL 62521
(City/State/Zip)

Phone: 217-428-6116
  (Area Code) (Number)

FAX: 217-428-9680
  (Area Code) (Number)

FOR THE COMPANY:

_____  President
(Name)                 (Title)

FOR IUOE LOCAL 965:

_____
Business Manager

_____
Recording Secretary

48            49