## LETTER OF UNDERSTANDING

I, the undersigned, having waived my personal Pension and/or Health & Welfare benefits, understand that I am contractually obligated to pay the Supplemental Dues and Training contributions listed in the Collective Bargaining Agreement between my firm and IUOE Local 965.

I further understand and agree to pay the above-mentioned contributions by the 15th day of the month following the work month for which said contributions are due.

I further agree to abide by any changes to the contribution rates made during the term of the current Collective Bargaining Agreement with IUOE Local 965.

I hereby certify that I have read and understand the above conditions.

_____        _Irvin L. Smith_____
(Signature)                              (Printed Name)

Title:    President
Company: Steve's Trucking Inc.
Witness: ███████████████
Date:    June 19/02

MDZ Fringe LOU

EXHIBIT B