# WAGE AGREEMENT
## between
## INTERNATIONAL UNION OF OPERATING ENGINEERS'
## LOCAL UNION NO. 965
## and the
## ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS
### EFFECTIVE May 1, 2004, through April 30, 2008

## ARTICLE VIII

**Section 2.    Wage Scale and Fringe Benefits.**

| CLASSIFICATION | 5/1/2004 | 5/1/2005 | 5/1/2006 | 05/01/2007 |
|---|---|---|---|---|
| 1 | $25.65 | $26.10 | $27.65 | $29.25 |
| 2 | $23.09 | $23.45 | $24.88 | $26.36 |
| 3 | $19.18 | $19.38 | $20.65 | $21.97 |
| 4 | $27.15 | $27.60 | $29.15 | $30.75 |

### FRINGE BENEFITS

| | 5/1/2004 | 5/1/2005 | 5/1/2006 | 05/01/2007 |
|---|---|---|---|---|
| Health & Welfare | $5.00 | $5.50 | $5.50 | $5.50 |
| Pension | $5.50 | $6.05 | $6.05 | $6.05 |
| Training | $.80 | $.80 | $.80 | $.80 |
| Subtotal | $11.30 | $12.35 | $12.35 | $12.35 |

In addition to the above, Supplemental Dues of three percent (3%) of the employee's gross wages (deducted from employee's paycheck) is to be paid in monthly on the Fringe Benefit Report Form. (See Article XXVII). *The total wage increases due 05/01/06, and 05/01/2007 may be redistributed as the Union determines.

### TOTAL WAGE PACKAGE

| | 5/1/2004 | 5/1/2005 | 5/1/2006 | 05/01/2007 |
|---|---|---|---|---|
| CLASSIFICATION 1 | $36.95 | $38.45 | $40.00 | $41.60 |
| CLASSIFICATION 2 | $34.39 | $35.80 | $37.23 | $38.71 |
| CLASSIFICATION 3 | $30.48 | $31.73 | $33.00 | $34.32 |
| CLASSIFICATION 4 | $38.45 | $39.95 | $41.50 | $43.10 |

FOR Steve's Trucking, Inc
(Company Name)

FOR THE UNION:
International Union
Of Operating Engineers' Local 965

By: ▮▮▮
(Authorized Signature)

▮▮▮
Michael D. Zahn, Business Manager

Date Signed  6/30/05

Date Signed  4/1/0▮

**EXHIBIT C**

AGCI Wage Agmt2. (Rev. March 31, 2005)

# WAGE AGREEMENT
## between
## INTERNATIONAL UNION OF OPERATING ENGINEERS'
## LOCAL UNION NO. 965
## and the
## CENTRAL ILLINOIS BUILDERS
## OF A.G.C.
### EFFECTIVE May 1, 2003, through April 30, 2006

### ARTICLE VIII
### Equipment Classifications Wage Scale and Fringe Benefits

Section 2.   Wage Scale and Fringe Benefits.

| CLASSIFICATION | 5/1/2003 | 5/1/2004 | 5/1/2005 |
|---|---|---|---|
| 1 | $24.95 | $25.45 | $25.85 |
| 2 | $22.60 | $23.10 | $23.50 |
| 3 | $19.00 | $19.50 | $19.90 |
| 4 | $26.45 | $26.95 | $27.35 |

### FRINGE BENEFITS

| | 5/1/2003 | 5/1/2004 | 5/1/2005 |
|---|---|---|---|
| Health & Welfare | $4.75 | $5.00 | $5.50 |
| Pension | $5.00 | $5.50 | $6.05 |
| Training | $ .60 | $ .80 | $ .80 |
| IAF | $ .12 | $ .12 | $ .12 |
| Subtotal | $10.47 | $11.42 | $12.47 |

In addition to the above, Supplemental Dues of three percent (3%) of the employee's gross wages (deducted from employee's paycheck) is to be paid in monthly on the Fringe Benefit Report Form. (See Article XXX).

### TOTAL WAGE PACKAGE

| | 5/1/2003 | 5/1/2004 | 5/1/2005 |
|---|---|---|---|
| CLASSIFICATION I | $35.42 | $36.87 | $38.32 |
| CLASSIFICATION II | $33.07 | $34.52 | $35.97 |
| CLASSIFICATION III | $29.47 | $30.92 | $32.37 |
| CLASSIFICATION IV | $36.92 | $38.37 | $39.82 |

FOR *Steve's Trucking, Inc*
(Company Name)

FOR THE UNION:
International Union
Of Operating Engineers' Local 965

By: ▮▮▮▮▮▮▮▮▮▮
(Authorized Signature)

▮▮▮▮▮▮▮▮▮▮
Michael D. Zahn, Business Manager

Date Signed   6/30/05

Date Signed   4-1-05

CIB Wage Agmt2. (Rev. March 31, 2005)