Nov 07 05 01:21p    Deborah Smith    217 424 1171    p.2

## LETTER OF UNDERSTANDING

## BUILDING MEMORANDUM OF AGREEMENT

I, the undersigned, having waived my personal Pension and/or Health & Welfare Benefits, understand that I am contractually obligated to pay the Apprenticeship Fund (Training Contributions), CIBI Advancement Foundation Dues and the Supplemental Dues listed in the Collective Bargaining Agreement between my firm and IUOE Local 965.

I further understand and agree to pay the above-mentioned contributions by the 15th day of the month following the work month for which said contributions are due.

I further agree to abide by any changes to the contribution rates made during the term of the current Collective Bargaining Agreement with IUOE Local 965.

I hereby certify that I have read and understand the above conditions.

_____    Christopher Smith
Signature                    /Printed Name

Title: Vice President

Company: Steve's Trucking

Witness: Deborah Smith

Date: 11-04-05

backdate until 1-2002


EXHIBIT D