# STANDARD FORM
# AREA AGREEMENT

## INTERNATIONAL UNION OF OPERATING ENGINEERS
## LOCAL UNION 965, AFL-CIO

### MEMORANDUM OF AGREEMENT

covering

All public or private construction, demolition, alteration, repair, maintenance, excavation, production and other work performed by the Employers who are parties to this Agreement.

including

Open, heavy highway, bridge, street, sewer, levee, drainage, dredging, water, gas and oil lines; railroads, airports, docks, wharves, piers, shipyards, see walls, river work, tunnels, subway, dams, reservoirs,; temporary sand and gravel pits, rock quarries and material yards; land clearing and development, drilling operations; all underground cabbies.

3520 East Cook Street
Springfield, Illinois 62703
(217) 528-9659
(217) 528-9060 FAX

**May 1, 2013 through April 30, 2016**



EXHIBIT E

b. Machines and classifications of work, as mentioned in paragraph (a) above, shall be confined to the craft jurisdiction of the Union.

PROVISO NO. 2

Cranes with booms of 101 ft. through 150 ft. including jib, shall be compensated an additional one dollar ($1.00) per hour over and above the regular wage scale for operating such crane. Cranes with booms of 151 ft. through 200 ft. including jib, shall be compensated an additional two dollars ($2.00) per hour over and above the regular wage scale for operating such crane. All employees operating cranes with booms 201 ft. and over, including jib, shall be compensated an additional two dollars and fifty cents ($2.50) per hour over and above the regular wage scale for operating such crane.

PROVISO NO. 3

Employees working on underground construction, such as underground domes, shafts, and tunnels, shall receive one dollar ($1.00) per hour wage increase over negotiated wage for such machine underground.

Employees working under air pressure shall receive one dollar ($1.00) per hour over negotiated wage rate, plus the underground rate, if applicable. This paragraph shall not apply to ventilation.

PROVISO NO. 4

No employee shall contract, subcontract, or do other work which will interfere with the work schedule of his current Employer. Any employee found to be in violation of this shall be subject to immediate discharge with no recourse.

PROVISO NO. 5

When a stationary tower crane is used, the Employer shall have the option of employing an operator and helper, or just an operator. In case he employs just an operator, the operator shall be guaranteed forty-five (45) hours' pay (forty [40] regular and five [5] overtime) for the regular work week, plus any other overtime he may be required to work. His wages shall be the long boom rate, plus one dollar ($1.00) per hour. The crew shall be employed from the start of erection to the completion of dismantling. The Employer shall decide at the pre-job conference which option he desires.

PROVISO NO. 6

Operating Engineers who are Hazmat certified and are required to wear protective clothing on Hazardous Waste or Asbestos Removal projects shall receive a one dollar ($1.00) per hour wage premium for Level C, one dollar and fifty cents ($1.50) per hour wage premium for Level B and two dollars ($2.00) per hour premium for Level A.

**Section 2.**   Wage Scale and Fringe Benefits.

|  | 5/1/2013 | 5/1/2014* | 5/1/2015* |
|---|---|---|---|
| CLASS 1 | 37.60 | 39.60 | 41.60 |
| CLASS 2 | 33.66 | 35.51 | 37.39 |
| CLASS 3 | 27.63 | 29.27 | 30.91 |
| CLASS 4 | 39.10 | 41.10 | 43.10 |

13

**FRINGE BENEFITS**

| | | | |
|---|---|---|---|
| H & W | 7.80 | 7.80 | 7.80 |
| Health Reimbursement Acct | 2.25 | 2.25 | 2.25 |
| Pension | 7.60 | 7.60 | 7.60 |
| Training | 1.30 | 1.30 | 1.30 |
| Local 965 Annuity | .50 | .50 | .50 |
| DIAAF | .10 | .10 | .10 |
| Subtotal | 19.55 | 19.55 | 19.55 |

In addition to the above, Supplemental Dues of five percent (5%) of the employee's gross wages and ten cents ($0.10) per hour for IUOE 965 PEF (deducted from employee's paycheck) is to be paid in monthly on the Fringe Benefit Report Form. (See Articles 31 and 39)

**TOTAL ECONOMIC PACKAGE**

| | | | |
|---|---|---|---|
| CLASS 1 | 57.15 | 59.15 | 61.15 |
| CLASS 2 | 53.21 | 55.06 | 56.94 |
| CLASS 3 | 47.18 | 48.82 | 50.46 |
| CLASS 4 | 58.65 | 60.65 | 62.65 |

*The total wage increases due 5/1/14 and 5/1/15 may be redistributed as the Union determines.

## ARTICLE 9
## PUMPS

Pumps and all required attachments shall be installed, operated, maintained, and removed by bargaining unit members at all times, subject to the following:

a. Electric Submersible pumps 2" and under - The Employer may use up to eight (8) 2" and under electric submersible pumps without manning. Over eight (8) pumps, a bargaining unit employee would be paid one dollar ($1.00) for each hour pumps in excess of eight (8) run.

b. Pumps 6" and under - An oiler/helper on the project may be assigned to man up to four (4) pumps 6" and under on a single shift basis and will be paid as follows:

| | | |
|---|---|---|
| (1) | 1 pump | Class 3 |
| (2) | 2 to 4 pumps | Class 2 |

c. Pumps not covered by Paragraphs "a" or "b" above may be manned by one (1) pump operator on a single shift basis and paid as follows:

| | |
|---|---|
| Up to 5 | Class 3 |
| 6 to 8 | Class 2 |
| Excess of 8 in reasonably close proximity | Class 1 |

d. Pumping beyond a single shift operation - Electric Submersible Pumps - Outside normal single shift hours, the bargaining unit employee assigned to the electric submersible pumps in accordance with Paragraph "b" and "c" above, shall be paid one dollar ($1.00) for each hour said pumps are operated but not manned.

14

shall be deemed a direct violation of this Agreement. It shall not be a violation of this Agreement to take economic action available to enforce this Article.

**Section 2.** The Employer's obligation to make Pension contributions shall be expressly conditioned upon the Plan's continued qualification by IRS and conformance with ERISA. If discontinuation should happen, the negotiated fringe benefit for this Article shall revert to wages.

## ARTICLE 29
## HEALTH AND WELFARE PLAN

**Section 1.** During the period May 1, 2013 through April 30, 2016, the Employer shall pay monthly into the Operating Engineers Local 965 Health Benefit Plan the amount as specified in Article 8, Section 2, for each hour paid for or worked in the preceding month by all employees covered by this Agreement. Said payments shall be made on the date, in the manner and form, and in accordance with the rules and regulations as adopted by the trustees of said Fund. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

**Section 2.** If contributions are not made by the 15th of the month for the preceding month and employee was not eligible to receive benefits because of non-payment, the Employer shall be liable for any claim that may arise on account of such non-payment. It shall not be a violation of this Agreement to take any economic action available to enforce this Article.

## ARTICLE 30
## APPRENTICE TRAINING AND RETRAINING

**Section 1.** The parties hereto have accepted and do accept the terms and conditions of the Agreement and Declaration of Trust establishing the Operating Engineers 965 Apprentice Training and Retraining Fund.

**Section 2.** During the period May 1, 2013 through April 30, 2016, the Employer shall pay monthly into the Operating Engineers Local 965 Apprentice Training and Retraining Fund, the amount specified in Article 8, Section 2, for each hour paid or worked in the preceding month by all employees covered by this Agreement. Said payment shall be made on the dates, in the manner and form, and in accordance with the rules and regulations as adopted by the Committee. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

**Section 3.** All parties governed by this Agreement will train Apprentices in accordance with and comply with the provisions of the Apprenticeship Standards adopted by the Joint Operating Engineers Apprenticeship and Skill Improvement Committee for Central Illinois. The ratio of apprentices to journeymen shall not exceed 1-4, unless otherwise determined by the Committee to meet special conditions.

**Section 4.** Apprentices shall be paid the following percentages of wage rate (plus fringe benefits set out in the wage scale Article) for Classification #1 provided in the Collective Bargaining Agreement in effect between the Employer and Local 965 of the International Union of Operating Engineers:

```
First period ..................................................................................70%
Second period .............................................................................75%
Third period .................................................................................80%
Fourth period ...............................................................................85%
Fifth period ..................................................................................90%
Sixth period .................................................................................95%
```

## ARTICLE 31
## SUPPLEMENTAL DUES CHECKOFF

Upon receipt of an employee's written authorization, which shall be irrevocable for not more than one (1) year, or the termination of the Agreement, whichever occurs sooner, the Employer shall deduct from such employee's wages Union dues in the amount as specified in Article 8, Section 2. The Employer shall remit same to and as directed by the duly authorized representative of said Union together with a list of the names of employees from whose pay deductions were made. Such a written authorization may be revoked by the employee by written notice by Certified Mail to the Employer and the Union during the ten (10) day period prior to the end of any applicable yearly period, or during the ten (10) day period prior to the termination of any applicable bargaining agreement, whichever occurs sooner. In the absence of such revocation, sent and received in accordance with the foregoing requirements, the authorization shall be renewed for an additional yearly period or until the end of the collective bargaining agreement, whichever occurs sooner.

## ARTICLE 32
## DOWNSTATE INFRASTRUCTURE AWARENESS AND ADVANCEMENT FUND

**Section 1.** The Employer and the Union shall establish a joint labor/management Board of Trustees which shall oversee a fund known as the Downstate Infrastructure Awareness and Advancement Fund. The aforementioned Board of Trustees shall be comprised of an equal number of Employer and Union Trustees. Its purpose shall be to educate and support elected officials who support issues important to downstate's infrastructure. During the period May 1, 2013 through April 30, 2016, the Employer shall pay monthly into the Downstate Infrastructure Awareness and Advancement Fund (DIAAF) the amount as specified in Article 8, Section 2, for each hour paid for or worked in the preceding month by all employees covered by this Agreement. Said payments shall be made on the date, in the manner and form, and in accordance with the rules and regulations as adopted by the trustees of said Fund. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

**Section 2.** It is the intent of the Downstate Infrastructure Awareness and Advancement Fund to establish guidelines that if any local Union participating in this fund is merged with another local Union outside the participating PAC local Unions, that the Union shall be notified that its participation may be terminated at the discretion of the trustees of the fund based on the original fund documents established by the trustees of said fund. All contributions on behalf of merged Local shall remain as part of this fund.

## ARTICLE 33
## LOCAL 965 ANNUITY FUND

**Section 1.** During the period May 1, 2013 through April 30, 2016, the Employer shall pay monthly into the Operating Engineers Local 965 Annuity Fund the amount as specified in Article 8, Section 2, for each hour paid for or worked in the preceding month by all employees covered by

26

**Section 2.** In the event of failure, default or refusal of the Employer to meet his obligations to their employees or the Pension Plan, Health and Welfare Plan, Apprentice Training and Retraining Fund when due, the aggrieved Union employees or the Trustees of the Pension Plan, Health and Welfare Plan, Apprentice Training and Retraining Fund or the Joint Negotiating Committee when pertaining to Supplemental Dues Check-Off, after written notice to the Employer and bonding company, may file claim to obtain payment, costs and reasonable attorney's fees there from of the applicable surety bond.

**Section 3.** Failure of an Employer to obtain and maintain an effective surety bond as required herein, or failure and default by an Employer of payment of obligations covered by this Agreement in excess of the amount of the surety bond may, at the option of the Union, be declared by the Union a gross breach of this Agreement. In consequence of which the Union shall have the right to resort to economic and other sanctions against the said Employer. Bond shall remain in full force and effect for a period of ninety (90) days after job completion.

## ARTICLE 38
## UNFAIR COMPETITION

**Section 1.** When signatory Employers are bidding against Employers who do not observe the same terms and conditions contained herein, the signatory Employer may request any adjustments deemed necessary to make him competitive.

**Section 2.** The Business Manager may approve such adjustments he considers appropriate; however, he shall not have authority to approve any wage or fringe benefit adjustments except in cases where other trades involved have agreed to adjustments, such as in a Project Agreement.

**Section 3.** The adjustments agreed to shall be reduced to writing and signed by both parties.

## ARTICLE 39
## IUOE 965 POLITICAL EDUCATION FUND (PEF) VOLUNTARY CHECK-OFF

The employer shall deduct from each employee's wages and transmit ten cents ($0.10) per hour for each hour worked as set forth in Article 8, Section 2 to the International Union of Operating Engineers Local Union 965 Political Education Fund on behalf of the employees who have voluntarily authorized their Employer to do so. The Union shall indemnify and hold harmless each Employer against any liability in the event that it is determined in any board, court or tribunal of competent jurisdiction that such deduction and payments are improperly or illegally made. The Local Union will maintain current dues check-off and PEF authorization forms for each person referred to the Employer. Signatory contractors are entitled to view check-off authorization forms of workers they hire or can request copies of the same by facsimile or mail. The payment shall be included along with other remittances provided for under this Agreement and at such time and places as other remittances are made to the Local Union, and shall be paid on or before the fifteenth (15th) of each month following the calendar month in which hours were worked.

## ARTICLE 40
## COMPLETENESS OF AGREEMENT

**Section 1.** All understandings, agreements, and undertakings of the parties hereto touching on the subject matter hereof are embodied herein, and none of the parties shall be affected, during the existence of this Agreement, by any rules, regulations, or understandings touching on the

28

subject matter of this Agreement, whether oral or written, which are not expressly incorporated herein.

**Section 2.** Any part of this Agreement found to be in conflict with any State or Federal Law, by a recognized and competent Court or Board, shall be immediately renegotiated by the interested parties hereto, in accordance to the finding of such Court or Board.

## ARTICLE 41
## PERIOD OF AGREEMENT

This Agreement shall be in full force and effect from May 1, 2013 through April 30, 2016, and shall remain in effect from year to year thereafter, unless objections are made by Certified Mail by one or more of the interested parties at least sixty (60) days prior to the expiration date as set forth above or the yearly expiration date thereafter.

**STANDARD FORM CONTRACT FOR
ADOPTION OF AGREEMENT**

**INTERNATIONAL UNION OF
OPERATING ENGINEERS
LOCAL UNION NO. 965
SPRINGFIELD, ILLINOIS**

THIS AGREEMENT, made and entered into this 9th day of May, 2013, by and between Steve's Trucking and Local Union No. 965, International Union of Operating Engineers (AFL-CIO), shall be effective on all present and future work performed within Adams, Brown, Cass, Christian, DeWitt, Logan, Macon, Menard, Morgan, Piatt, Pike, Sangamon, Schuyler, Scott and Shelby Counties in Illinois, by the first mentioned party, and

WHEREAS, Local Union No. 965 has consummated Agreements through regular collective bargaining processes, covering work within the above named counties in Illinois. A copy of said Agreement is attached herewith and incorporated herein by reference, and the signatory parties desire to adopt the provisions of this Agreement.

THEREFORE, it is further understood and agreed by and between the parties hereto as follows:

(1) The parties hereto do hereby adopt all of the provisions and terms of the attached Agreement as the Agreement between the parties.

(2) The Employer agrees that, upon the Union's presentation of signed authorization of representation or other proof that it represents a majority of its employees in the bargaining unit described herein at any time during the term of this Agreement, the Employer will voluntarily recognize, in writing, the Union as the exclusive collective bargaining representative as set out in Section 9(a) of the Labor-Management Relations Act for such unit. Such recognition shall continue thereafter within the territorial jurisdiction of the Union, unless and until at the appropriate time such status is changed as a result of an N.L.R.B. election requested by the employees. The Employer further agrees that it will not request an N.L.R.B. election.

(3) The individual Employer signatory hereto agrees that it will be bound by all modifications, amendments, extensions, and renewals of this Agreement as well as any subsequent collective bargaining agreements unless the signatory Employer gives notice in writing by Certified Mail upon the Union between one hundred twenty (120) and one hundred fifty (150) days prior to the expiration of this or any subsequent Agreement of its intent not to be bound by the collective bargaining negotiations and agreements reached thereafter.

(4) The above-named firm agrees to cover employees working under the terms of this Agreement with (a) Workmen's Compensation Insurance, and (b) Illinois State Unemployment Insurance, as provided by the Unemployment Insurance Act.

IN WITNESS WHEREOF, the parties hereto have affixed their signatures which officially binds said parties under the provisions of this Agreement.

SIGNED this __9th__ day of __May__,

at __Decatur, Ill,__
　　　　(City)　　　　　　　　　　　　(State)

__Settie's Trucking__
(Name of Company)

__4621 Fitzgerald__
(Street Address)

_____
(City/State/Zip)

Phone: _____
　　　　(Area Code)　　(Number)

FAX: _____
　　　　(Area Code)　　(Number)

FOR THE COMPANY:

▓▓▓▓▓▓▓▓▓▓▓▓　　　　　　　__President__
　(Name)　　　　　　　　　　　　(Title)

FOR IUOE LOCAL 965:

▓▓▓▓▓▓▓▓▓▓▓▓
Business Manager

▓▓▓▓▓▓▓▓▓▓▓▓
President

▓▓▓▓▓▓▓▓▓▓▓▓
Recording Secretary

31