# WAGE AGREEMENT
## between
## INTERNATIONAL UNION OF OPERATING ENGINEERS'
## LOCAL UNION NO. 965
## and the
## ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS
## EFFECTIVE May 1, 2019 through April 30, 2022

## ARTICLE VIII

**Section 2.   Wage Scale and Fringe Benefits.**

|         | 5/1/2019 | 5/1/2020* | 5/1/2021* |
|---------|----------|-----------|-----------|
| CLASS 1 | 44.07    | 46.03     | 48.04     |
| CLASS 2 | 39.34    | 41.16     | 43.04     |
| CLASS 3 | 32.06    | 33.68     | 35.34     |
| CLASS 4 | 45.57    | 47.53     | 49.54     |

**FRINGE BENEFITS**

|                   | 5/1/2019 | 5/1/2020 | 5/1/2021 |
|-------------------|----------|----------|----------|
| H & W             | 11.50    | 11.50    | 11.50    |
| Pension           | 9.00     | 9.00     | 9.00     |
| Training          | 2.05     | 2.05     | 2.05     |
| Local 965 Annuity | 2.00     | 2.00     | 2.00     |
| DIAAF             | .10      | .10      | .10      |
| AGCI              | .20      | .20      | .20      |
| Subtotal          | 24.85    | 24.85    | 24.85    |

*RECEIVED AUG 19 2019 IUOE Local 965*

In addition to the above, Supplemental Dues of five percent (5%) of the employee's gross wages and ten cents ($0.10) per hour for IUOE 965 PEF (deducted from employee's paycheck) is to be paid in monthly on the Fringe Benefit Report Form. (See Articles 31 and 36)

**TOTAL ECONOMIC PACKAGE**

|         | 5/1/2019 | 5/1/2020 | 5/1/2021 |
|---------|----------|----------|----------|
| CLASS 1 | 68.92    | 70.88    | 72.89    |
| CLASS 2 | 64.19    | 66.01    | 67.89    |
| CLASS 3 | 56.91    | 58.53    | 60.19    |
| CLASS 4 | 70.42    | 72.38    | 74.39    |

*The total wage increase due 5/1/20 and 5/1/21 may be redistributed as the Union determines.

FOR _Steve's Trucking Inc._
     (Company Name)

By: ___[redacted]___
      (Authorized Signature)

Date Signed  8/13/19

FOR THE UNION:
International Union
Of Operating Engineers' Local 965

___[redacted]___
Bret E. Scaggs, Business Manager

Date Signed  8/19/19


EXHIBIT F

AGCI Wage Agreement – Revised 5/1/2019