# AGREEMENT

between

**ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS**

and

**INTERNATIONAL UNION OF OPERATING ENGINEERS**
**Local Union #965**
**AFL-CIO**

covering

All public or private construction, demolition, alteration, repair, maintenance, excavation, production and other work performed by the Employers who are parties to this Agreement.

including

Open, heavy, highway, bridge, street, sewer, levee, drainage, dredging; water, gas and oil lines; railroads, airports, docks, wharves, piers, shipyards, sea walls, river work, tunnels, subways, dams, reservoirs; temporary sand and gravel pits, rock quarries and material yards; land clearing and development, drilling operations; all underground cables.

**Effective: May 1, 2022**                                    **Expires: April 30, 2027**

3520 East Cook Street
Springfield, Illinois 62708-3025
Telephone (217) 528-9659
FAX (217) 528-9060



PROVISO NO. 6

Hazmat/Asbestos Removal Pay
Operating Engineers who are Hazmat certified and are required to wear protective clothing on Hazardous Waste or Asbestos Removal projects shall receive a one dollar ($1.00) per hour wage premium for Level C, one dollar and fifty cents ($1.50) per hour wage premium for Level B and two dollars ($2.00) per hour premium for Level A.

**Section 2.**   Wage Scale and Fringe Benefits.

|  | 5/1/2022 | 5/1/2023* | 5/1/2024* | 5/1/2025* | 5/1/2026* |
|---|---|---|---|---|---|
| CLASS 1 | 46.71 | 49.16 | 51.69 | 54.30 | 56.99 |
| CLASS 2 | 41.55 | 43.83 | 46.18 | 48.61 | 51.12 |
| CLASS 3 | 33.60 | 35.62 | 37.71 | 39.86 | 42.08 |
| CLASS 4 | 48.26 | 50.76 | 53.34 | 56.00 | 58.75 |

**FRINGE BENEFITS**

|  | 5/1/2022 | 5/1/2023* | 5/1/2024* | 5/1/2025* | 5/1/2026* |
|---|---|---|---|---|---|
| H & W | 11.70 | 11.70 | 11.70 | 11.70 | 11.70 |
| Pension | 10.05 | 10.05 | 10.05 | 10.05 | 10.05 |
| Training | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 |
| Local 965 Annuity | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 |
| DIAAF | .10 | .10 | .10 | .10 | .10 |
| AGCI | .20 | .20 | .20 | .20 | .20 |
| Subtotal | 28.55 | 28.55 | 28.55 | 28.55 | 28.55 |

In addition to the above, Supplemental Dues of five percent (5%) of the employee's gross wages and ten cents ($.10) per hour for IUOE PEF (both deducted from employee's paycheck) are to be paid monthly on the Fringe Benefit Report Form. (See Article 30 and Article 41)

**TOTAL ECONOMIC PACKAGE**

|  | 5/1/2022 | 5/1/2023* | 5/1/2024* | 5/1/2025* | 5/1/2026* |
|---|---|---|---|---|---|
| CLASS 1 | 75.26 | 77.71 | 80.24 | 82.85 | 85.54 |
| CLASS 2 | 70.10 | 72.38 | 74.73 | 77.16 | 79.67 |
| CLASS 3 | 62.15 | 64.17 | 66.26 | 68.41 | 70.63 |
| CLASS 4 | 76.81 | 79.31 | 81.89 | 84.55 | 87.30 |

*Should the local union desire to distribute any part of the above negotiated wage increase into the existing negotiated funds in different amounts than specified above, it may do so upon sixty (60) days' written notice to the Association, prior to the effective date of the new increase, provided that at no time will the wage rate decrease, as such is prohibited by the Illinois Department of Labor, whereupon, an addendum in writing describing such change(s) shall be incorporated in this Agreement.

Local 965 will provide the AGCI with a copy of the annual funding report from the Central Pension Fund as required by the Pension Protection Act of 2006.

**Section 2.**   The Employer's obligation to make Pension contributions shall be expressly conditioned upon the Plan's continued qualification by IRS and conformance with ERISA. If discontinuation should happen, the negotiated fringe benefit for this Article shall revert to wages.

## ARTICLE 28
## HEALTH AND WELFARE PLAN

**Section 1.**   During the period May 1, 2022, through April 30, 2027, the Employer shall pay monthly into the Operating Engineers Local 965 Health Benefit Plan the amount as specified in Article 7, Section 2, for each hour paid for or worked in the preceding month by all employees covered by this Agreement. Said payments shall be made on the date, in the manner and form, and in accordance with the rules and regulations as adopted by the trustees of said Fund. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

**Section 2.**   If contributions are not made by the 15th of the month for the preceding month and employee was not eligible to receive benefits because of non-payment, the Employer shall be liable for any claim that may arise on account of such non-payment. It shall not be a violation of this Agreement to take any economic action available to enforce this Article.

## ARTICLE 29
## APPRENTICE TRAINING AND RETRAINING

**Section 1.**   The parties hereto have accepted and do accept the terms and conditions of the Agreement and Declaration of Trust establishing the Operating Engineers 965 Apprentice Training and Retraining Fund.

**Section 2.**   During the period May 1, 2022, through April 30, 2027, the Employer shall pay monthly into the Operating Engineers Local 965 Apprentice Training and Retraining Fund, the amount specified in Article 7, Section 2, for each hour paid or worked in the preceding month by all employees covered by this Agreement. Said payment shall be made on the dates, in the manner and form, and in accordance with the rules and regulations as adopted by the Committee. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

**Section 3.**   All parties governed by this Agreement will train Apprentices in accordance with and comply with the provisions of the Apprenticeship Standards adopted by the Joint Operating Engineers Apprenticeship and Skill Improvement Committee for Central Illinois. The ratio of apprentices to journeymen shall not exceed 1-4, unless otherwise determined by the Committee to meet special conditions.

**Section 4.**   Apprentices shall be paid the following percentages of wage rate (plus fringe benefits set out in the wage scale Article) for Classification #1 provided in the Collective Bargaining Agreement in effect between the Employer and Local 965 of the International Union of Operating Engineers:

```
First period............................................................................... 70%
Second period ......................................................................... 75%
Third period ............................................................................ 80%
Fourth period .......................................................................... 85%
Fifth period.............................................................................. 90%
Sixth period............................................................................. 95%
```

## ARTICLE 30
## SUPPLEMENTAL DUES CHECKOFF

Upon receipt of an employee's written authorization, which shall be irrevocable for not more than one (1) year, or the termination of the Agreement, whichever occurs sooner, the Employer shall deduct from such employee's wages Union dues in the amount as specified in Article 7, Section 2. The Employer shall remit same to and as directed by the duly authorized representative of said Union together with a list of the names of employees from whose pay deductions were made. Such a written authorization may be revoked by the employee by written notice by Certified Mail to the Employer and the Union during the ten (10) day period prior to the end of any applicable yearly period, or during the ten (10) day period prior to the termination of any applicable bargaining agreement, whichever occurs sooner. In the absence of such revocation, sent and received in accordance with the foregoing requirements, the authorization shall be renewed for an additional yearly period or until the end of the collective bargaining agreement, whichever occurs sooner.

## ARTICLE 31
## DOWNSTATE INFRASTRUCTURE AWARENESS AND ADVANCEMENT FUND

**Section 1.** The Employer and the Union shall establish a joint labor/management Board of Trustees which shall oversee a fund known as the Downstate Infrastructure Awareness and Advancement Fund. The aforementioned Board of Trustees shall be comprised of an equal number of Employer and Union Trustees. Its purpose shall be to educate and support elected officials who support issues important to downstate's infrastructure. During the period May 1, 2022, through April 30, 2027, the Employer shall pay monthly into the Downstate Infrastructure Awareness and Advancement Fund (DIAAF) the amount as specified in Article 7, Section 2, for each hour paid for or worked in the preceding month by all employees covered by this Agreement. Said payments shall be made on the date, in the manner and form, and in accordance with the rules and regulations as adopted by the trustees of said Fund. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

**Section 2.** It is the intent of the Downstate Infrastructure Awareness and Advancement Fund to establish guidelines that if any local Union participating in this fund is merged with another local Union outside the participating PAC local Unions, that the Union shall be notified that its participation may be terminated at the discretion of the trustees of the fund based on the original fund documents established by the trustees of said fund. All contributions on behalf of merged Local shall remain as part of this fund.

## ARTICLE 32
## LOCAL 965 ANNUITY FUND

**Section 1.**  During the period May 1, 2022, through April 30, 2027, the Employer shall pay monthly into the Operating Engineers Local 965 Annuity Fund the amount as specified in Article 7, Section 2, for each hour paid for or worked in the preceding month by all employees covered by this Agreement.  Said payments shall be made on the date, in the manner and form, and in accordance with the rules and regulations as adopted by the trustees of said Fund.  Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

**Section 2.**  If contributions are not made by the 15th of the month for the preceding month and employee was not eligible to receive benefits because of non-payment, the Employer shall be liable for any claim that may arise on account of such non-payment.  It shall not be a violation of this Agreement to take any economic action available to enforce this Article.

**Section 3.**  The Employer and the Union agree that the annual pension fund contribution established by the trustees of the Central Pension Fund of the International Union of Operating Engineers will be met annually before any increase in contribution is made to the annuity fund.

## ARTICLE 33
## IUOE NATIONAL TRAINING FUND (NTF)

The employers signatory to and bound by this agreement hereby agree to make contributions to the International Union of Operating Engineers National Training Fund in the amount of $.05 (five cents) per hour for each hour paid to all employees whose compensation is covered by this agreement.

Each employer agrees to transmit and pay the amount of contributions due to the National Training Fund to the local union fringe benefit fund administrator, under the same terms and at the same time as the other local union fringe benefit fund contributions are made under this agreement.

Each employer signatory or otherwise bound to this agreement agrees to become party to the current Agreement and Declaration of Trust Establishing the International Union of Operating Engineers National Training Fund and further agrees to be bound by the Agreement and Declaration of Trust and any amendments adopted thereto. Each employer further agrees to be found by all rules, regulations and procedures adopted by the Board of Trustees of the International Union of Operating Engineers National Training Fund, together with all actions taken by the Board of Trustees within the scope of its authority. Each employer also authorizes the parties to the Agreement and Declaration of Trust to appoint trustees and successor trustees and hereby ratifies and accepts the trustees so appointed.

## ARTICLE 34
## Industry Advancement Fund (IAF)

Effective May 1, 2022, the Employer agrees to pay the Associated General Contractors of Illinois Industry Advancement Fund (IAF) the sum of twenty cents ($.20) per hour worked for all hours paid at straight time or overtime to each employee working under this agreement.

The contributions to the IAF shall be deposited each month to the depository chosen by the Trustees of the Local 965 Health & Welfare Plan. Such contributions shall be made on the form in the same manner as all others and shall be subject to all rules and regulations, including penalties and liquidated damages as determined by the Trustees.

The activities of the IAF shall be determined by the Association and shall be financed from the payments herein provided for.

Upon request, the EMPLOYER hereby agrees to provide the designated representative of the Association its payroll records to determine compliance with this Article.

### ARTICLE 35
### WORKERS' COMPENSATION PROGRAM

The Employer and the Union agree that, should the State of Illinois adopt the Illinois Statewide Collectively Bargained Workers' Compensation Program during the term of this agreement, that said agreement can be opened for negotiations solely for the purpose of modifying this article.

### ARTICLE 36
### PROTECTION OF RIGHTS

It shall not be a violation of this Agreement and it shall not be cause of discharge if any employee or employees refuse to go through an authorized picket line of this or any other Union. Nor shall the exercise of any rights protected by law be a violation of this Agreement.

### ARTICLE 37
### INDEMNIFICATION

Employees shall be indemnified by their Employers against any claim or suits made against them for bodily injury, death, or property damage while said employees are working without willful negligence within the scope of their employment. The responsibility for indemnification shall be on the individual Employer only.

### ARTICLE 38
### BONDING

**Section 1.**   For cause, unless waived by mutual agreement between the Employer and the Union, any Employer who has not maintained a business office within the jurisdiction covered by this Agreement for at least one (1) full year immediately preceding the execution of this Agreement or has previously been delinquent in the payment of fringe benefits (providing said Employer was required to report fringe benefits) necessary, for a period of thirty (30) days, shall obtain and maintain during the term of this Agreement a surety bond in the amount of Fifty Thousand Dollars ($50,000.00) to guarantee to his employees working under this Agreement the payment of wages and fringe benefits, including Pension Plan, Health and Welfare Plan, Apprentice Training and Retraining Fund, Supplemental Dues Check-Off and Political Education Fund Check-Off payments.

**Section 2.**   In the event of failure, default or refusal of the Employer to meet his obligations to their employees or the Pension Plan, Health and Welfare Plan, Apprentice Training and Retraining

## ARTICLE 43
## PERIOD OF AGREEMENT

This Agreement shall be in full force and effect from May 1, 2022, through April 30, 2027, and shall remain in effect from year to year thereafter, unless objections are made by Certified Mail by one or more of the interested parties at least sixty (60) days prior to the expiration date as set forth above or the yearly expiration date thereafter.

IN WITNESS WHEREOF, the parties hereto have affixed their signatures which officially bind said parties under the provisions of this Agreement.

SIGNED this __12th__ day of __April__, 2022, at Springfield, IL.

**FOR ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS:**

**FOR IUOE LOCAL 965:**

**FOR ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS:**

**FOR IUOE LOCAL 965:**

_____
BOB BRUNER

_____
BRET E SCAGGS, BUSINESS MANAGER

_____
FRANK KAZENSKE, DIRECTOR OF LABOR RELATIONS

_____
MICHEAL MCQUAY, PRESIDENT

_____
MYRNA BOMKAMP, RECORDING SEC.

## LETTER OF UNDERSTANDING

This Letter of Understanding is applicable to the Agreement by and between the Associated General Contractors of Illinois and International Union of Operating Engineers Local Union 965 effective May 1, 2022 and expiring April 30, 2027.

**WHEREAS**, the AGC of Illinois and International Union of Operating Engineers' Local 965 realize that the efforts to recover the market in the private industry have fallen short of its intended goal, and

**WHEREAS**, the AGC of Illinois and International Union of Operating Engineers' Local 965 realize that non-union construction firms continue to grow, thereby enabling them to seek larger projects, and

**WHEREAS**, the AGC of Illinois and International Union of Operating Engineers' Local 965 realize that if this threat continues to spread it threatens the existence of the unionized construction industry and that a successful counterattack to this threat must be a team effort between employers and unions;

**THEREFORE, BE IT RESOLVED** that AGC of Illinois and International Union of Operating Engineers' Local 965 will participate in a Labor/Management Committee and each will seek out other employers and crafts to participate on this Committee. This Committee's purpose will be to explore avenues to counter the intrusion of non-union construction firms in the Central Illinois market by considering ways to make signatory contractors more competitive in public and private work as well as looking for greater employment opportunities for Local 965 members.

**FURTHER**, this Committee shall meet on an "as needed" basis but in no case less than one time in a twelve (12) month period. Either party may request a meeting.

Signed this 12th day of April, 2022.

FOR IUOE LOCAL 965

Bret E. Scaggs
Business Manager

FOR AGC OF ILLINOIS

Frank Kazenske
Director of Labor Relations

31

**WAGE AGREEMENT
between
INTERNATIONAL UNION OF OPERATING ENGINEERS'
LOCAL UNION NO. 965
and the
ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS
EFFECTIVE May 1, 2022 through April 30, 2027**

### ARTICLE 8

**Section 2.    Wage Scale and Fringe Benefits.**

|  | 5/1/2022 | 5/1/2023* | 5/1/2024* | 5/1/2025* | 5/1/2026* |
|---|---|---|---|---|---|
| CLASS 1 | 46.71 | 49.16 | 51.69 | 54.30 | 56.99 |
| CLASS 2 | 41.55 | 43.83 | 46.18 | 48.61 | 51.12 |
| CLASS 3 | 33.60 | 35.62 | 37.71 | 39.86 | 42.08 |
| CLASS 4 | 48.26 | 50.76 | 53.34 | 56.00 | 58.75 |
| **FRINGE BENEFITS** | | | | | |
| H & W | 11.70 | 11.70 | 11.70 | 11.70 | 11.70 |
| Pension | 10.05 | 10.05 | 10.05 | 10.05 | 10.05 |
| Training | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 |
| Local 965 Annuity | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 |
| DIAAF | .10 | .10 | .10 | .10 | .10 |
| AGCI | .20 | .20 | .20 | .20 | .20 |
| Subtotal | 28.55 | 28.55 | 28.55 | 28.55 | 28.55 |

In addition to the above, Supplemental Dues of five percent (5%) of the employee's gross wages and ten cents ($0.10) per hour for IUOE 965 PEF (deducted from employee's paycheck) is to be paid in monthly on the Fringe Benefit Report Form. (See Articles 31 and 41)

**TOTAL ECONOMIC PACKAGE**

| | | | | | |
|---|---|---|---|---|---|
| CLASS 1 | 75.26 | 77.71 | 80.24 | 82.85 | 85.54 |
| CLASS 2 | 70.10 | 72.38 | 74.73 | 77.16 | 79.67 |
| CLASS 3 | 62.15 | 64.17 | 66.26 | 68.41 | 70.63 |
| CLASS 4 | 76.81 | 79.31 | 81.89 | 84.55 | 87.30 |

*The total wage increase due 5/1/23, 5/1/24, 5/1/25 and 5/1/26 may be redistributed as the Union determines.

FOR *AGC of Illinois*
(Company Name)

By: ▮▮▮▮▮
(Authorized Signature)

Date Signed 4/12/2022

FOR THE UNION:
International Union
Of Operating Engineers' Local 965

▮▮▮▮▮
Bret E. Scaggs, Business Manager

Date Signed 4/12/2022

AGCI Wage Agreement – Revised 5/1/2022