# AGREEMENT

between

## INTERNATIONAL UNION OF OPERATING ENGINEERS
## LOCAL UNION 965, AFL-CIO

and

## CENTRAL ILLINOIS BUILDERS OF A.G.C.

MEMORANDUM OF AGREEMENT

covering

All public or private construction, demolition, alteration, repair, maintenance, excavation, production and other work performed by the Employers who are parties to this Agreement,

including

Building, street, sewer, drainage, dredging; water, gas, and oil lines; railroads, airports, docks, wharves, piers, shipyards, seawalls, river work, tunnels, subways, dams, reservoirs, disposal plants; temporary sand and gravel pits, rock quarries, and material yards; land clearing and development, drilling operations; all underground cables.

**Effective May 19, 2020 through April 30, 2024**

3520 East Cook Street
Springfield, Illinois 62703
(217) 528-9659



EXHIBIT
H

(b) Employees working under air pressure shall receive fifty ($.50) cents per hour over negotiated wage rate, plus the underground rate, if applicable.
This paragraph shall not apply to ventilation.

PROVISO NO. 4

(a) Operating Engineers who are required to wear protective clothing on Hazardous Waste or Asbestos Removal projects shall receive a $2.00 per hour wage premium for Level C, $2.50 per hour wage premium for Level B, and $3.00 per hour wage premium for Level A.

PROVISO NO. 5

No employee shall contract, subcontract or do other work which will interfere with the work schedule of his current Employer. Any employee found to be in violation of this shall be subject to immediate discharge with no recourse.

PROVISO NO. 6

When a stationary tower crane is used, the Employer shall have the option of employing an operator and helper, or just an operator. In case he employs just an operator the operator shall be guaranteed forty-five (45) hours' pay (40 regular and 5 overtime) for the regular workweek, plus any other overtime he may be required to work. His wages shall be the long boom rate, plus two dollars ($2.00) per hour. The crew shall be employed from the start of erection to the completion of dismantling. However, the requirement that the crew shall be employed from erection to dismantling shall not apply where circumstances beyond the control of the Employer dictate a break in service of the Tower Crane. When these circumstances arise, the Employer shall notify the Business Manager and they shall mutually agree that this circumstance meets the intent of the parties. The Employer shall decide at the pre-job conference which option he desires.

## SECTION 2. WAGE SCALE AND FRINGE BENEFITS

**CLASSIFICATION & WAGE SCALES**

|   | 5/19/20 | 5/1/21 | 5/1/22 | 5/1/23* |
|---|---------|--------|--------|---------|
| 1 | $38.76  | $39.41 | $39.41 | $41.21  |
| 2 | $36.23  | $36.88 | $36.88 | $38.68  |
| 3 | $32.35  | $33.00 | $33.00 | $34.80  |
| 4 | $40.37  | $41.02 | $41.02 | $42.82  |

**FRINGE BENEFITS**

|                   | 5/19/20 | 5/1/21  | 5/1/22  | 5/1/23* |
|-------------------|---------|---------|---------|---------|
| Health & Welfare  | $11.25  | $11.45  | $11.70  | $11.70  |
| Pension           | $9.30   | $9.50   | $10.05  | $10.05  |
| Training          | $2.50   | $2.50   | $2.50   | $2.50   |
| Local 965 Annuity | $2.25   | $3.00   | $4.00   | $4.00   |
| I.A.F. **         | $.21    | $.21    | $.21    | $.21    |
| Subtotal          | $25.51  | $26.66  | $28.46  | $28.46  |

In addition to the above, Supplemental Dues of five percent (5%) of the employee's gross wages and ten cents ($.10) per hour for IUOE 965 PEF (deducted from employee's paycheck) is to be paid in monthly on the Fringe Benefit Report Form. (See

13

Article 30). The Union may change the percentage rate of supplemental dues by written notice to the employer at least fifteen days in advance of the annual anniversary date of the agreement.

**TOTAL ECONOMIC PACKAGE**

| | | | | |
|---|---|---|---|---|
| CLASSIFICATION 1 | $64.27 | $66.07 | $67.87 | $69.67 |
| CLASSIFICATION 2 | $61.74 | $63.54 | $65.34 | $67.14 |
| CLASSIFICATION 3 | $57.86 | $59.66 | $61.46 | $63.26 |
| CLASSIFICATION 4 | $65.88 | $67.68 | $69.48 | $71.28 |

\*The total wage increase due 5/1/2021, 5/1/22 and 5/1/2023 may be redistributed as the Union determines.

\*\*The Employer reserves the right to modify the I.A.F. contribution.

## ARTICLE 9
### Working Hours
### Overtime and Shift Work

**Section 1.** Eight (8) hours shall constitute a regular day's work and forty (40) hours a regular week's work, Monday through Friday, inclusive. The starting time shall be 8:00 A.M. However, the starting time may be changed to 7:00 A.M. by the Employer to take advantage of daylight hours, weather conditions, or traffic conditions. The regular lunch period shall be at the mid-point of the shift or 12:00 noon. Quitting time shall be on a one-half (1/2) hour basis. If an Employee works past one-half (1/2) hour, they shall be paid to the next one-half (1/2) hour. Notice of such change will be given to the Local Union forty-eight (48) hours in advance. Any employee called out for work during a shift shall be paid from the start of that shift.

**Section 2.** The overtime rate for all construction shall be time and one-half (1 1/2) for all overtime work performed Monday through Saturday. All other overtime work on Sundays and Holidays shall be at a double time rate.

**Section 3.** Any employee working more than two (2) hours after the regular (straight time) shift shall be allowed one-half (1/2) hour at the over-time rate of pay for supper period.

**Section 4.** Building construction shall include all building and demolition related to future buildings, site preparation, tank farm, treatment plants, elevated water towers, storage facilities and including all utilities inside building property line.

**Section 5.** Work may be performed in shifts at the election of the Employer, but in no case for less than three (3) consecutive working days. The starting time for the first shift of a two- shift job shall be by agreement between the Contractor and the Business Representative. The starting time on a three-shift job shall be 8:00 A.M., which shall be regarded as the first shift on the calendar day. On all shift work the first shift shall end at 4:00 P.M.

**Section 6.** When two (2) or more shifts are worked, eight (8) hours shall constitute a shift and the employees engaged in multiple shift work shall be given a one-half (1/2) hour lunch period, starting at the midpoint of the shift, with no deduction in pay. Shift work

complying with this Article shall be deemed a direct violation of this Agreement. It shall not be a violation of this contract to take economic action available to enforce this Article.

**Section 2.** The Employer's obligation to make pension contributions shall be expressly conditioned upon the Plan's continued qualification by I.R.S. and conformance with ERISA If discontinuation should happen, the negotiated fringe benefit for this Article shall revert to wages.

## ARTICLE 28
## Health and Welfare Plan

**Section 1.** The Employer shall pay monthly into the Operating Engineers Local 965 Health Benefit Plan the stipulated sum as noted in Article 8, Section 2, per hour for each hour paid for or worked in the preceding month by all employees covered by this Agreement. Said payments shall be made on the date, in the manner and form, and in accordance with the rules and regulations as adopted by the trustees of said Fund. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

**Section 2.** If contributions are not made by the 15th of the month for the preceding month and employee was not eligible to receive benefits because of non-payment, the Employer shall be liable for any claim that may arise on account of such non-payment.

**Section 3.** It shall not be a violation of this Agreement to take any economic action available to enforce this Article.

**Section 4.** The Employer and the Union recognize a shared obligation that any health insurance coverage provided for and funded pursuant to this Agreement shall be in compliance with the Patient Protection and Affordable Care Act (ACA). If in any event the health insurance coverage provided for by this Agreement does not or appears unlikely to conform to the requirement of the ACA, the Union and the Employer agree to immediately convene Plan Trustees to ensure compliance.

The Employer and the Union shall strive to have the Plan provide annual Certification of Compliance with the ACA to all participating Employers.

## ARTICLE 29
## Apprentice Training and Retraining

The parties hereto have accepted and do accept the terms and conditions of the Agreement and Declaration of Trust establishing the Operating Engineers 965 Apprentice Training and Retraining Fund.

During the terms of this agreement, the Employer shall pay monthly into the Operating Engineers Local 965 Apprentice Training and Retraining Fund, the amount specified in Article 8, Section B, for each hour paid or worked in the preceding month by all employees covered by this Agreement. Said payment shall be made on the dates, in the manner and form, and in accordance with the rules and regulations as adopted by the Committee. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

All parties governed by this Agreement will train Apprentices in accordance with and comply with the provisions of the Apprenticeship Standards adopted by the Joint Operating Engineers Apprenticeship and Skill Improvement Committee for Central Illinois.

Apprentices shall be paid the following percentages of wage rate (plus fringe benefits set out in the wage scale Article) for Classification #1 provided in the Collective Bargaining Agreement in effect between the Employer and Local 965 of the International Union of Operating Engineers:

>    First period.................................................70%
>    Second period ...........................................75%
>    Third period...............................................80%
>    Fourth period .............................................85%
>    Fifth period.................................................90%
>    Sixth period................................................95%

## ARTICLE 30
## Supplemental Dues / Political Education Fund Checkoff

**Section 1.** Upon receipt of an employee's written authorization, which shall be irrevocable for not more than one (1) year, or the termination of this Agreement, whichever occurs sooner, the Employer shall deduct from each employee's wages Union Dues in the amount as set out in Article 8, Section 2, per hour for each hour worked. The Employer shall remit same to and as directed by the duly authorized representative of said Union, together with a list of the names of employees from whose pay the deductions were made. Such a written authorization may be revoked by the employee by giving written notice by Certified Mail to the Employer and the Union during the ten (10) day period prior to the end of any applicable yearly period, or during the ten (10) day period prior to the termination of any applicable bargaining agreement, whichever occurs sooner. In the absence of such revocation, sent and received in accordance with the foregoing requirements, the authorization shall be renewed for an additional yearly period or until the end of the Collective Bargaining Agreement, whichever occurs sooner.

**Section 2.** The employer shall pay and transmit ten cents ($0.10) per hour to the International Union of Operating Engineers Local Union 965 Political Education Fund on behalf of the employees who have voluntarily authorized their Employer to do so. The Union shall indemnify and hold harmless each Employer against any liability in the event that it is determined in any board, court or tribunal of competent jurisdiction that such deductions and payments are improperly or illegally made. The Local Union will maintain current dues check-off and PEF authorization forms for each person referred to the Employer. Signatory contractors are entitled to view check-off authorization forms of workers they hire or can request copies of the same by facsimile or mail. The payment shall be included along with other remittances provided for under this Agreement and at such time and places as other remittances are made to the Local Union, and shall be paid on or before the fifteenth (15th) of each month following the calendar month in which hours were worked.

## ARTICLE 31
## Local 965 Annuity Fund

**Section 1.** During the terms of this agreement, the Employer shall pay monthly into the Operating Engineers Local 965 Annuity Fund the amount as specified in Article 8, Section 2, for each hour paid for or worked in the preceding month by all employees covered by this Agreement. Said payments shall be made on the date, in the manner and form, and in accordance with the rules and regulations as adopted by the trustees of said Fund. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

**Section 2.** If contributions are not made by the 15th of the month for the preceding month and employee was not eligible to receive benefits because of non-payment, the Employer shall be liable for any claim that may arise on account of such non-payment. It shall not be a violation of this Agreement to take any economic action available to enforce this Article.

**Section 3.** The Employer and the Union agree that the annual pension fund contribution established by the trustees of the Central Pension Fund of the International Union of Operating Engineers will be met annually and the Central Pension Fund of the International Union of Operating Engineers shall not have less than a 90% funded percentage as defined by the Pension Protection Act of 2006 before any increase in contribution is made to the annuity fund.

## ARTICLE 32
## IUOE NATIONAL TRAINING FUND (NTF)

The employers signatory to and bound by this agreement hereby agree to make contributions to the International Union of Operating Engineers National Training Fund in the amount of $.05 (five cents) per hour for each hour paid to all employees whose compensation is covered by this agreement.

Each employer agrees to transmit and pay the amount of contributions due to the National Training Fund to the local union fringe benefit fund administrator, under the same terms and at the same time as the other local union fringe benefit fund contributions are made under this agreement.

Each employer signatory or otherwise bound to this agreement agrees to become party to the current Agreement and Declaration of Trust Establishing the International Union of Operating Engineers National Training Fund and further agrees to be bound by the Agreement and Declaration of Trust and any amendments adopted thereto. Each employer further agrees to be found by all rules, regulations and procedures adopted by the Board of Trustees of the International Union of Operating Engineers National Training Fund, together with all actions taken by the Board of Trustees within the scope of its authority. Each employer also authorizes the parties to the Agreement and Declaration of Trust to appoint trustees and successor trustees and hereby ratifies and accepts the trustees so appointed.

## ARTICLE 33
## Protection of Rights

It shall not be a violation of this Agreement and it shall not be cause for discharge if any employee or employees refuse to go through an authorized picket line of this or any other Union. Nor shall the exercise of any rights protected by law be a violation of this Agreement.

## ARTICLE 34
## Indemnification

Employees shall be indemnified by their Employers against any claim or suits made against them for bodily injury, death or property damage while said employees are working without willful negligence within the scope of their employment. The responsibility for indemnification shall be on the individual Employer only.

## ARTICLE 35
## Bonding

**Section 1.** Any Employer who employs employees working under the terms and conditions of this Agreement, who the Union deems necessary, shall obtain and maintain in effect during the term of this Agreement surety bond in the amount of Fifty Thousand ($50,000.00) Dollars to guarantee to the employee hired by the Employer and working under the terms of this Agreement the payment of wages and fringe benefits.

**Section 2.** The employer shall notify the Union of the subcontractors on a project. The Union shall secure proper bonding from the subcontractors in order to ensure wage and benefit payments.

**Section 3.** It shall not be a violation of this Agreement to take any economic action available to enforce this Article.

## ARTICLE 36
## Industry Advancement Fund

The Employer shall pay into the Industry Advancement Fund the stipulated sum as noted in Article 8, Section 2, for each hour paid for or worked in the preceding month by all employees covered by the Agreement. Non-compliance with this Article shall be deemed a direct violation of this Agreement.

Any Employer signatory to this Agreement who fails to make the IAF contribution shall be subject to a penalty of ten percent (10%) of the previous month's non-payment. Additional penalties of ten percent (10%) shall be due every thirty (30) days thereafter, until payment is made. A non-contributing contractor will also be subject to all reasonable legal collection fees relating to the non-payment of the IAF contribution.

## ARTICLE 37
## Competitive Adjustments

**Section 1.** When signatory Employers are bidding against Employers who do not observe the same terms and conditions contained herein, the signatory Employer may

**Section 2.** In the event that any question arises as to the meaning and application of this provision, either party may file with the other a written complaint. Such complaint will be initiated in accordance with the Grievance and Arbitration Procedure of this Agreement.

## ARTICLE 41
## Period of Agreement

This Agreement shall be in full force and effect from May 19, 2020, through April 30, 2024, and shall remain in effect from year to year thereafter unless objections are made by Certified Mail by one or more of the interested parties at least sixty (60) days prior to the expiration date as set forth above or the yearly expiration date thereafter.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be approved, ratified and signed by the duly authorized officials of the parties as of this 19th day of May, 2020.

**SIGNED FOR THE CENTRAL ILLINOIS BUILDERS OF THE A.G.C.:**

_____
ROGER HUEBNER
Executive Vice President
CENTRAL ILLINOIS BUILDERS OF A.G.C.
Having authority to sign in behalf of those Employers
who have assigned their bargaining rights to C.I.B.A.

**SIGNED FOR LOCAL UNION NO. 965 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, SPRINGFIELD, ILLINOIS:**

_____
Micheal P. McQuay, President

_____
Myrna G Bomkamp, Rec.-Corres. Secretary

_____
Bret E. Scaggs, Business Manager

31