E-FILED
Wednesday, 18 March, 2026  04:31:16 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Operating Engineers Local 965 Apprentice Training and Retraining Fund et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-3392 |
| Steve's Trucking, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Steve's Trucking, Inc.                                                     .

Date: 3/16/2026

S/ Todd A. Miller
*Attorney's signature*

Todd A. Miller, 6216561
*Printed name and bar number*

20 N. Wacker Drive, Suite 3517
*Address*

tam@alloccomiller.com
*E-mail address*

(312) 675-4325
*Telephone number*

(312) 675-4326
*FAX number*