E-FILED
Monday, 13 April, 2026  12:08:42 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT
COURT FOR THE CENTRAL DISTRICT OF
ILLINOIS SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETAINING FUND, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS NATIONAL TRAINING FUND, And INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 965, | ) ) ) ) ) ) ) ) ) | CIVIL ACTION |
| *Plaintiffs,* | ) ) | Case No. 3:25-CV-033952 |
| v. | ) ) | |
| STEVE'S TRUCKING, INC., | ) ) | |
| *Defendant.* | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO VACATE TECHNICAL DEFAULT AND FOR EXTENSION OF TIME TO FILE ITS ANSWER TO PLAINTIFFS' COMPLAINT

NOW COMES Defendant, STEVE'S TRUCKING, INC. ("Defendant"), by and through its undersigned Counsel, Allocco, Miller & Cahill, P.C., and for its Motion for to Vacate Technical Default and Extension of Time to File their Answer to Plaintiffs' Complaint states as follows:

1. Plaintiffs filed their Complaint in this matter on December 11, 2025.

2. Defendant was served with summons and a copy of the Complaint on February 24, 2026.

3. Defendant was required to appear, plead, or otherwise defend this action by March 17, 2026.

4. Defendant has appeared, but has not plead, or otherwise defended this action within statutory time limits.

1

5. This court found Defendant to be in Default on March 17, 2026.

6. The deadline for filing its Answer to Plaintiff's Complaint was March 17, 2026.

7. As requested in their Complaint, Plaintiffs seek access to Defendant's books and records for an audit.

8. Since filing an appearance, Defendant has agreed to produce the documents requested for an audit and is coordinating the exchange with Plaintiffs' counsel and auditor.

9. Therefore, Defendant respectfully requests an additional fourteen days to file its Answer to Plaintiffs' Complaint up to and including April 24, 2026, or such other time as the Court deems just and equitable. Defendant will not seek a further extension unless there are extraordinary circumstances requiring an extension.

10. This request is not made for purposes of undue delay and Plaintiffs will not be prejudiced by a fourteen-day extension.

11. Plaintiffs' counsel does not oppose this motion.

WHEREFORE, Defendant respectfully requests the Court enter an Order:

(i) Granting Defendant leave to file its Answer to Plaintiffs' Complaint within fourteen days, and

(ii) Such further and other relief as the Court deems just and equitable.

Dated: April 10, 2026

Respectfully submitted,

STEVE'S TRUCKING, INC.

By: /s/ Todd A. Miller
Attorney for Defendant

Todd A. Miller (ARDC #6216561)
**Allocco, Miller, & Cahill P.C.**
*Attorney for Defendant*
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325

Fax: (312) 675-4326
tam@alloccomiller.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, **April 10, 2026**, he electronically filed a **Motion for Extension of Time to File its Answer to Plaintiffs' Complaint** with the clerk of the court using the CM/ECF system which automatically caused a copy to be forwarded to the following:

August Appleton
**Cavanagh & O'Hara LLP**
Attorneys for Plaintiffs
2319 W. Jefferson Street
Springfield, Illinois 62702
Telephone: (217) 544-1771
Fax: (217) 544-9894
august@cavanagh-ohara.com

/s/ Todd A. Miller
Attorneys for Defendant
**Allocco, Miller, & Cahill P.C.**
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com
State Bar no. 6216561

4